# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**PRINCESS AMINA SALVADOR,**

    **Plaintiff,**

**v.**                                                                           Case No. 3:18cv341-LC-CJK

**SHERIFF MCPHERSON,**

    **Defendant.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 18, 2018 (doc. 3). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice under 28 U.S.C. § 1406(a).

3. The Clerk shall close the file.

**DONE AND ORDERED** this 19th day of July, 2018.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**
**CHIEF UNITED STATES MAGISTRATE JUDGE**